Management has recived a copy

1060 Brood St

07102

(1)

RECEIVED
SEP 2 3 2019

Coutf's copy

IN THE UNITED STATES DISTRICT ~~COURT~~ FOR THE

DISTRICT OF NEW JERSEY

GARFIELD DAVIS

Plointiff

V

MANAGMENT et al.

Defendant(s)

Case No———————

Plaintiff Files His Complaint

Under Title 42 USC §1981, §1983

§1985 §1988(b).

Come now before this court the above name Plaintiff Garfield Davis, and states that he is a citizen of the United States and a Black Senior citizen, living on a limited income, who states that, Solely becaues of his of his race he has been a victim of a invidious discrimination.

Due to having been subject in violation of his 14th Amendant Right, to the Long-standing Policy and Practice of those of Management, having Conspired and agreed amoung themselves, to allow a managemet official, position when a Person of Color comes to the office to pay there rental lease agreement, thereafter require them to pay more than there rental lease agreement.

(2)

In a overt on Plaintiff goingto office of (see Exbit?)
Management to pay his rental lease
agreement of $220 dollars, the management
did use his official position as such and by
word of mouth required Plaintiff there after
to pay $244 dollars a month (see Exbit 2)
Plaintiff has never signed or had a rental lease
agreement requring Plaintiff to pay $244 dollars.
Amonth for rent, the management official action was
a overt act done pursuant to management's Policy
and practice maintained and established for that invidious
and discriminatory purpose, and my race is more
likely than not why Plaintiff have been subjected
to such a invidious discrimination.

As to cover up the fact that Plaintiff had been paying
$244 dollars a month for rent, contray to his rent
lease agreement (see Exbit 3) and to make it look
like Plaintiff had been paying less than $244
dollars a month for rent a management official
in an overt act recertified Plaintiff to pay
$231 dollars a month for rent, for that invidious
and discriminatory purpose, and was a
overt act done infurtherance of the conspiracy.

Being that $244
        -231
            13 multiplied by 6 months = $78 dollars
as to secure $77 dollars from Plaintiff management

(3)

1. in a overt act sent Plaintiff a notice (see Exibit 4)

2. requiring Platiff to pay management 77 dollars, and

3. was a overt act done for that discriminatory

4. purpose and a Prima face intent to defraud.

5.

6. Due to the fact that all management officials are

7. clothed with the Authority of the state at all times

8. they do and were acting under the color of law.

9.

10. 14th Amendment Section 1. No state shall make or

11. enforce any law which shall abridge the privileges

12. or immunities of citizens of the United States

13.

Title 42 USC § 1983

14. Every person who, under color of any statute,

15. ordinace regulation, custom, or usage, of any

16. State or Territory or the District of Columbia,

17. subjects, or causes to be subjected, any citizen

18. of the United States or other person within the

19. jurisdiction thereof to the deprivation of any

20. rights, privileges, or immunities secured by the

21. Constitution and laws, shall be liable to the

22. party injured in an action at law, suit inrequity,

23. or other proper proceeding for redress.

24.

25. Plaintiff states that he is not a attorney and ask

26. the court not to place upon him the rules and the

27. stringent standards that places upon a attorney.

28. Plaintiff pray that his request is granted.

( 4 )

| GARFIEL Davis Plaintiff v Management et al. Defendant(s) | On the filing of his complaint, Plaintiff ask the court to be allowed to proceed without cost or fees, copy of benefit Letter, copy of his account, (see Exbits 5 and 6) attached. |
|---|---|

Verified Complaint

Plaintiff states that he has review this complaint. Regarding the allegations contain herein, and of which Plaintiff has personal Knowledge, the Plaintiff Knows or believes them to be true.

Davis Plaintiff having been subjected to such a invidious discrimination solely because of his race, Plaintiff seeks a sum over 20,000 dollars.

Plaintiff further state that he has Put this complaint together by himself and the information contained therein is from his own Knowledge, and as to that information contained herein It is ture and correct.

Pamla Y. Wilder 9/23/19
Notary signture

Garfield Davis
Plaintiff Signture

Pamela Y Wilder
Notary Public
New Jersey
My Commission Expires Feb. 26, 2021
No. 2085600